No. 8. Ex Parte Iglesias.—Solicitud para que se expida auto de Habeas Corpus. Resuelto en Abril 20, 1903. Denegada la solicitud de excarcelación. Abogado del recurrente: Sr. Ramos (Juan R.) Abogado del Pueblo: Sr. del Toro, (Fiscal.)

No. 2. Pagán v. Corte de Distrito de San Juan.— Solicitud para que se expida auto de Mandamus. Resuelto en Abril 22, 1903. Desistido á instancias del demandante. Abogado del demandante: Sr. Falcón.

No. 33. MacAllister v. Javierri.—Casación procedente de la Corte de Distrito de Mayagüez. Resuelto en Abril 30, 1903. Desistido á instancias de la parte recurrente. Abogado del recurrente: Sr. Vazquez (Fernando.)

No. 1. Granja v. El Banco Territorial y Agrícola Et Al.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Mayo 7, 1903. Se declaró nulo todo lo actuado ante el Tribunal Supremo por no haberse notificado la sentencia del inferior á todos los demandados, ni habérseles emplazado para su comparecencia ante el Tribunal Supremo. Abogado del recurrente: Sr. Texidor. Abogado del recurrido: Sr. Guzmán Benitez (Juan.)

No. 3. Iglesias v. Corte de Distrito de Arecibo.— Solicitud para que se expida auto de Mandamus. Resuelto en Mayo 8, 1903. Denegada la solicitud. Abogado del demandante: Sr. Ramos.

No. 24. Martinez v. Sucesión Lassus.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en